UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL MERTH,<br><br>           Plaintiff,<br><br>      v.<br><br>MANAGEMENT & TRAINING CORP, et al.,<br><br>           Defendants. | Case No.: 1:21-cv-1185 NONE JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ELECTRONIC FILING PERMISSION<br><br>(Doc. 2) |

Randall Merth seeks permission to file documents electronically in this action. (Doc. 2.) Pursuant to Local Rule 133, "Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." L.R. 133(b)(2). Instead, pro se parties—such as Plaintiff—must "file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rule." *Id.*

A pro se litigant seeking electronic filing permission must follow the guidelines set forth by Local Rule 133(b)(3), which provides: "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." Plaintiff has not identified any reason as to why he should be exempt from the requirement to file documents in paper with the Court in support of his request. (*See* Doc. 2 at 1.) Accordingly, the Court **ORDERS**:

   1.   Plaintiff's motion for electronic filing permission (Doc. 2) is **DENIED**; and

1

2.  Plaintiff is **DIRECTED** to file any documents or requests with the Office of the Clerk at the United States District Court in Fresno, California.

IT IS SO ORDERED.

Dated: **August 11, 2021**                    /s/ Jennifer L. Thurston
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

2