UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL MERTH., <br><br> Plaintiffs, <br><br> v. <br><br> MANAGEMENT & TRAINING CORP., et al., <br><br> Defendants. | Case No. 1:21-cv-01185 NONE JLT <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING THE REQUEST FOR ADDITIONAL TIME TO SERVE PROCESS AND CONTINUING THE SCHEDULING CONFERENCE (Doc. 6, 8)** |

The plaintiff initiated this action on August 5, 2021, while he was in the custody of the Bureau of Prisons and incarcerated in Mesa, Arizona. (Doc. 1) The Clerk of Court issued summonses on August 11, 2021 and mailed them to the plaintiff to the date he listed on the complaint, on the same day (Doc. 3). About two weeks later, the plaintiff was released from custody. (Doc. 8) When the plaintiff failed to file proof of service on the defendants and no defendant appeared, on October 22, 2021, the Court ordered the plaintiff to show cause why sanctions should not be imposed due to the plaintiff's failure to comply with the Court's orders and to prosecute the action. (Doc. 6) The Court served this order, once again, to the same address where the summonses were mailed in August and which the plaintiff listed on his complaint. *Id*. The plaintiff responded and failed to offer much explanation why he has failed to serve the summonses. (Doc. 8) However, he asked for an additional 15 days to serve the defendants. Thus, the Court **ORDERS**:

    1.    The order to show cause (Doc. 8) is **DISCHARGED**;

2. The plaintiff is granted until November 24, 2021 to file proofs of service.

3. The scheduling conference is **CONTINUED** to January 10, 2022 at 9:00 a.m. The plaintiff is advised that the fact that he is representing himself does not excuse him from complying with the Court's orders.

IT IS SO ORDERED.

Dated: __November 4, 2021__ _____ /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE